# United States Court of Appeals
# for the Federal Circuit

---

April 9, 2020

**ERRATA**

---

Appeal No. 2019-1522

**INTELLISOFT, LTD., A DELAWARE CORPORATION,**
*Plaintiff/Counterclaim Defendant-Appellant*

**BRUCE BIERMAN, AN INDIVIDUAL,**
*Counterclaim Defendant-Appellant*

**v.**

**ACER AMERICA CORPORATION, A CALIFORNIA CORPORATION, ACER INCORPORATED, A TAIWAN CORPORATION,**
*Defendants/Counterclaimants-Appellees*

---

Decided:  April 3, 2020
Precedential Opinion

---

Please make the following changes:

Page 1, last line, add -- ; ANDREW SPIELBERGER, Balaban & Spielberger LLP, Los Angeles, CA. -- after "COLLIN WHITE."

2                                          INTELLISOFT, LTD. v. ACER AMERICA CORP.


Page 2, line 5, delete "; ANDREW SPIELBERGER, Balaban
And Spielberger LLP, Los Angeles, CA."